

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00730-CR

Terrence Jerome **BYRD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9362W
Honorable Olin B. Strauss, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, appellate counsel's motion to withdraw is GRANTED, and the judgment of the trial court is AFFIRMED. It is ORDERED that the trial court clerk prepare and file a corrected bill of costs reflecting that no court-appointed attorney's fees are assessed against appellant.

SIGNED September 5, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice